UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:20-CR-77-HAB |
| ) | |
| HENRY UNDERWOOD ) | |
| ) | |
| Defendant. ) | |

**OPINION AND ORDER**

Defendant, proceeding *pro se*, has filed a document titled "Affidavit of Facts" (ECF No. 61). This is his third attempt to file this or similar documents, *see* ECF Nos. 40, 45. The first two attempts were stricken because, at the time, Defendant was represented by counsel. (ECF Nos. 41, 47). Now, after recently opting to proceed *pro se,* Defendant has filed it yet again.

The defendant's right to proceed *pro se* "encompasses certain specific rights to have his voice heard." *McKaskle v. Wiggins*, 465 U.S. 168, 174 (1984). "The *pro se* defendant must be allowed to control the organization and content of his own defense, to make motions, to argue points of law, to participate in voir dire, to question witnesses, and to address the [C]ourt and the jury at appropriate points in the trial." *Id.* However, "[t]he right to self-representation is not a license to abuse the dignity of the courtroom[,]" and "[n]either is it a license not to comply with relevant rules of procedural and substantive law." *Faretta v. California*, 422 U.S. 806, 834 n.46 (1975).

Defendant was advised at the time he sought *pro se* status that he would be required to comply with both the Federal Rules of Criminal Procedure and the Federal Rules of Evidence. This filing, however, while designated as an Affidavit is not connected to any motion or procedural rule nor does it request any action from the Court. In essence, the Court has no idea what, if

anything, the Defendant wants the Court to do or what relief is sought. For this reason, no action will be taken on this filing.

In the future, Defendant should be mindful that his *pro se* status is not a license to disregard procedural and evidentiary rules. If the Defendant seeks action from the Court he should make clear what action, preferably grounded in a federal procedural rule or by reference to federal case authorities, he wishes the Court to take and what relief he seeks. The Court will not guess or speculate what the Defendant's filings mean. The Affidavit of Facts shall remain in the record, but no action will be taken by the Court on this filing.

SO ORDERED on February 18, 2022.

                                        s/ Holly A. Brady
                                        JUDGE HOLLY A. BRADY
                                        UNITED STATES DISTRICT COURT